**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00197-CV

**MEI INVESTMENTS, L.P., Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-15-02015**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 4, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     DAVID EVANS
         PRESIDING JUSTICE